**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-6737**

CLARENCE ELLIOTT HARRIS, as an individual,

Plaintiff - Appellant,

v.

CITY OF VIRGINIA BEACH, a municipal entity; HON. TERESA N. HAMMON, an individual; HON. ELIZABETH S. HODGES, an individual; DAVID M. O'DELL, an individual; COLIN STOLLE, an individual; SGT. B. JACKSON, VBPD, an individual; OFFICER T. W. LIPSEY, JR., VBPD, an individual; OFFICER A. N. MURAWSKI, VBPD, an individual; OFFICER P. E. GREENFIELD, VBPD, an individual,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Senior District Judge.  (2:19-cv-00408-RBS-RJK)

Submitted:  October 20, 2020                              Decided:  October 23, 2020

Before GREGORY, Chief Judge, DIAZ, Circuit Judge, and SHEDD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Clarence Elliott Harris, Appellant Pro Se.  Gerald Logan Harris, OFFICE OF THE CITY ATTORNEY FOR THE CITY OF VIRGINIA BEACH, Virginia Beach, Virginia; Jeff W. Rosen, PENDER & COWARD, PC, Virginia Beach, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clarence E. Harris appeals the district court's order dismissing his civil action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Harris v. City of Virginia Beach*, No. 2:19-cv-00408-RBS-RJK (E.D. Va. May 11, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*